1  Mark E. Ellis - 127159
   Andrew M. Steinheimer - 200524
2  Amanda F. Riley - 284440
   ELLIS LAW GROUP LLP
3  740 University Avenue, Suite 100
   Sacramento, CA 95825
4  Tel: (916) 283-8820
   Fax: (916) 283-8821
5  mellis@ellislawgrp.com
   asteinheimer@ellislawgrp.com
6  ariley@ellislawgrp.com

7  Attorneys for Defendants ROBERT CAPPS AND CENTRAL STATES RECOVERY

8

9                       UNITED STATES DISTRICT COURT

10                     CENTRAL DISTRICT OF CALIFORNIA

11

12 | JASON GIESY,                          | Case No.: 2:15-cv-08171-AB-E |
13 |     Plaintiff,                        |                              |
14 | v.                                    | **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FRCP 12(b)(2)** |
15 | ROBERT CAPPS, CENTRAL STATES RECOVERY,|                              |
16 |     Defendant.                        | DATE:   April 25, 2016       |
17 |                                       | TIME:   10:00 A.M.           |
   |                                       | CRTRM:  4 - 2nd Floor        |
18 |                                       | Hon. Andre Birotte Jr.       |

19
                              **NOTICE OF MOTION**
20
        TO THE PLAINTIFF AND HIS COUNSEL OF RECORD:
21
        NOTICE IS HEREBY GIVEN that on April 25, 2016 at 10:00 a.m., in Courtroom
22
   4, in the above entitled Court located at 312 N. Spring Street, Los Angeles, California,
23
   Defendants Robert Capps and Central States Recovery, will, and hereby do, move this
24
   Court for an order dismissing each and every claim or cause of action pled in Plaintiff
25
   Jason Giesy's Complaint pursuant to Federal Rules of Civil Procedure, Rule 12(b)(2).
26
        This motion is made on the grounds this Court lacks general and specific
27
   jurisdiction over Defendant Capps and Central States Recovery and such exercise of
28
   jurisdiction would violate due process and California's Long-Arm statute, because the

jurisdiction would violate due process and California's Long-Arm statute, because the Plaintiff's Complaint pleads no claims arising out of these Kansas defendant's forum-related activities and the defendants cannot be deemed "essentially at home" in California.

## REQUEST FOR RELIEF

Defendants Robert Capps and Central States Recovery ("Defendants") hereby request that this Court dismiss Plaintiff Jason Giesy's Complaint against Defendants, and each and every claim therein, with prejudice, as the Court lacks jurisdiction over these Defendants.

Pursuant to Local Rule 7-3, Defendants' counsel has attempted to meet and confer with plaintiff by sending a letter to plaintiff identifying the issues to be raised in this motion to dismiss on March 17, 2016.  To date counsel has not received any response.  Counsel has been unable to meet and confer further because Plaintiff resides in the Federal Correctional Institute, Littleton, Colorado.

Dated: March 24, 2016

ELLIS LAW GROUP LLP

By /s/ *Andrew M. Steinheimer*
Andrew M. Steinheimer
Attorney for Defendants
ROBERT CAPPS AND CENTRAL STATES RECOVERY

DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT